# *UNITED STATES DISTRICT COURT*

*for the*

*District of Rhode Island*

***Case No. 1:08-MJ-13M***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ANNE SULLIVAN**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **3:00 o'clock p.m.**, on the **30th** day of **January, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**PLEASE HAVE DEFENDANT AT THE COURTHOUSE FOR 9:00 A.M. FOR A PRE-TRIAL INTERVIEW**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: January 29, 2008.

David A. DiMarzio, Clerk

Initial Appearance

***By*** ______________________
***Martha Saucier - Deputy Clerk***