IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
 :
v. : CR. No. CR 08-09ML
 :
ANNE SULLIVAN : In violation of 18 U.S.C. § 922(g)(1)

INFORMATION

The United States Attorney charges that:

COUNT I

On or about November 7, 2007, in the District of Rhode Island, the defendant, ANNE SULLIVAN, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Colt, .380 caliber, semiautomatic pistol, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated:_______________