O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ANNE SULLIVAN

## WAIVER OF INDICTMENT

CASE NUMBER: CR08-09ML

I, ANN SULLIVAN, the above named defendant, who is accused of being a felon in possession of a firearm

RECEIVED
FEB 11 2008
Property of U.S. District Court
District of Rhode Island

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-15-8 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANNE SULLIVAN
Defendant

MARY MCELROY, ESQ.
Counsel for Defendant

Before David L Martin USMJ
Judicial Officer