UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 08-009-ML |
| ANNE SULLIVAN | : | |

MOTION TO ENLARGE TIME
FOR FILING OBJECTIONS TO THE PRESENTECE REPORT

NOW COMES the defendant, Anne Sullivan, and through counsel, moves this Honorable Court to enlarge the time for filing objections to the presentence report for an additional seven (7) days. In support of this motion Ms. Sullivan asserts that she needs additional time to review the report and discuss it with

Respectfully submitted
Anne Sullivan
By her attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Andrew Reich, AUSA on the 27th day of June 2008.

/s/ Mary S. McElroy