UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 08-009-ML |
| ANNE SULLIVAN | : | |

MOTION TO CONTINUE SENTENCING DATE

NOW COMES the defendant, Anne Sullivan, and through counsel, moves this Honorable Court to continue the sentencing in her case for an additional thirty (30) days. The sentencing is currently scheduled for July 21, 2008. In support of this motion Ms. Sullivan asserts that she needs additional time to prepare for the sentencing hearing.

The government, through AUSA Andrew Reich, indicates no objection to this motion.

Respectfully submitted
Anne Sullivan
By her attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Andrew Reich, AUSA on the 30th day of June 2008.

/s/ Mary S. McElroy